**Joy NEWSOME, Plaintiff–Appellant,**

v.

**THOMPSON CHILD & FAMILY FOCUS; Kris Parker, Defendants–Appellees.**

No. 12–1034.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 20, 2012.

Joy Newsome, Appellant Pro Se. Kimberly Ann Bierenbaum, Stacy Kaplan Wood, Parker, Poe, Adams & Bernstein, LLP, Charlotte, North Carolina, for Appellees.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joy Newsome appeals the district court's order dismissing with prejudice her employment discrimination action for noncompliance with a court order. A plaintiff's failure to comply with the federal procedural rules or an order of the court may warrant involuntary dismissal. Fed. R.Civ.P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. *Ballard v. Carlson*, 882 F.2d 93, 95–96 (4th Cir.1989). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Newsome v. Thompson Child & Family Focus*, No. 3:11–cv–00064–GCM (W.D.N.C. Dec. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*